UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS IRVING HARPER, ) | CASE NO. C08-187-RSM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| KING COUNTY POLICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff is proceeding *pro se* and has been granted leave to proceed *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. On February 21, 2008, having screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and noting deficiencies, the Court issued an Order granting Plaintiff leave to file an amended complaint that cured the deficiencies within thirty days. (Dkt. # 7.) The deadline for Plaintiff to file his amended complaint was March 24, 2008. The Court warned Plaintiff that failure to timely file an amended complaint would subject this action to dismissal. (*Id.* at 3.) On March 17, 2008, the Order was returned in the mail as undeliverable. (Dkt. # 9.)

To date, Plaintiff has neither filed an amended complaint nor sought a further extension

REPORT AND RECOMMENDATION
PAGE -1

01 of time in which to do so. Additionally, at least sixty (60) days prior to the date of this Report and
02 Recommendation, mail directed by the Clerk to Plaintiff was returned by the Post Office, and
03 Plaintiff has not notified the Court of his current address. Thus, pursuant to Local Rule CR
04 41(b)(2), the Court may dismiss the action without prejudice for failure to prosecute.

05       In failing to file an amended complaint, Plaintiff failed to remedy the deficiencies outlined
06 in the Court's previous order. Accordingly, the Court recommends dismissal of this § 1983 action
07 without prejudice. A proposed Order of Dismissal accompanies this Report and Recommendation.

08       DATED this <u>23rd</u> day of May, 2008.

Mary Alice Theiler
United States Magistrate Judge