UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS IRVING HARPER, ) | CASE NO. C08-187-RSM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DISMISSING § 1983 |
| KING COUNTY POLICE DEPARTMENT, ) | ACTION |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this § 1983 action are DISMISSED, without prejudice, pursuant to Local Rule CR 41(b)(2); and,

(3) The Clerk is directed to send copies of this Order to Plaintiff, and to Judge Theiler.

DATED this _15_ day of _July_, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION
PAGE -1